## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

     **Plaintiff,**

vs.

DANNY VARELA, et al.,

     **Defendants.**

_____/

## ORDER ADOPTING SEPTEMBER 22, 2008 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING DEFENDANT'S OMNIBUS MOTION

**THIS CAUSE** is before the court upon defendant Daniel Troya's omnibus motion to declare the Federal Death Penalty Act unconstitutional, dismiss the "special findings" from the Third Superseding Indictment, and strike the notice of intent to seek the death penalty [DE # 375]; and the report and recommendation of U.S. Magistrate Judge Ann E. Vitunac [DE # 474], entered September 22, 2008, recommending that the defendant's motion be denied. Defendant Troya filed an objection to the magistrate judge's report [DE # 479].

Pursuant to 28 U.S.C. § 636(b)(1), the district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1). The statute requires that objections be filed within ten days of service of the report and recommendation. *See* 28 U.S.C. § 636(b)(1).

Order Adopting Report and Recommendation
United States v. Varela et al.
Case No. 06-80171-CR-HURLEY/VITUNAC

After due consideration of the magistrate judge's report and the defendants' objections, it is

hereby **ORDERED** and **ADJUDGED** that:

1.  Defendant's objection [DE # 479] is **OVERRULED**.

2.  The report and recommendation of the United States Magistrate Judge [DE # 474]

    is **ADOPTED** in its entirety and incorporated herein by reference.

3.  Defendant Daniel Troya's omnibus motion to declare the Federal Death Penalty Act

    unconstitutional, dismiss the "special findings" from the Third Superseding

    Indictment, and strike the notice of intent to seek the death penalty [DE # 375] is

    **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 20 day of November,

2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
United States Magistrate Judge Ann E. Vitunac

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts